1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) | Case No.:  09-02285-GAF (PJWx) |
| Plaintiff, | ) ) ) ) | STIPULATION FOR PROTECTIVE ORDER |
| v. | ) ) | |
| RT 66 CARWASH, INC., a corporation; and ABDALLA YAGHI, an individual, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

THE FOLLOWING STIPULATION is entered into by and between Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), and Defendants, RT 66 CARWASH, INC., a corporation, and ABDALLA YAGHI, an individual, through their respective counsel:

1.    Defendants are barred from inquiring into matters that are privileged under the government informer's privilege during depositions of witnesses in the above-captioned case.

*Stipulation for Protective Order*                                                        1

2.      Specifically, Defendants are prohibited from asking any current or former employee of Rt 66 Carwash, Inc., or Abdalla Yaghi, either directly or indirectly, whether they communicated with an agent of the U.S. Department of Labor prior to the deposition about any subject matter related to the above-captioned case.  Should Defendants inquire whether the deposition witness communicated about the subject matter of this case with anyone, Defendants must begin the inquiry by stating "With the exception of any agent of the U.S. Department of Labor."  In addition, Defendants may not inquire into the content of any speech or statement given to an agent of the Department of Labor prior to the deposition.  Further, Defendants shall not inquire of any current or former employee whether that employee complained to the Department of Labor regarding minimum wage or overtime claims, nor shall Defendant inquire into the content of any such complaint.  Further, Defendants shall not inquire whether the deponent was aware of any other individuals who provided information to the Department of Labor.

Dated:  8/7/09            CAROL A. DEDEO
                          Deputy Solicitor of Labor for National Operations

                          LAWRENCE BREWSTER
                          Regional Solicitor

                          DANIELLE L. JABERG
                          Counsel for ERISA

                          By /s/ Ian H. Eliasoph
                            IAN H. ELIASOPH
                            Trial Attorney

                          Attorneys for the Plaintiff


Dated:  8/4/09            /s/ Carl F. Herbold
                          CARL F. HERBOLD

                          Attorney for Defendants Rt 66 Carwash, Inc.
                          and Abdalla Yaghi

*Stipulation for Protective Order*

2

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS ORDERED that Defendants are barred from inquiring into matters that are privileged under the government informer's privilege during depositions of witnesses in the above-captioned case.  Specifically, Defendants are prohibited from asking any current or former employee of Rt 66 Carwash, Inc., or Abdalla Yaghi, either directly or indirectly, whether they communicated with an agent of the U.S. Department of Labor prior to the deposition about any subject matter related to the above-captioned case.  Should Defendants inquire whether the deposition witness communicated about the subject matter of this case with anyone, Defendants must begin the inquiry by stating "With the exception of any agent of the U.S. Department of Labor."  In addition, Defendants may not inquire into the content of any speech or statement given to an agent of the Department of Labor prior to the deposition.  Further, Defendants shall not inquire of any current or former employee whether that employee complained to the Department of Labor regarding minimum wage or overtime claims, nor shall Defendants inquire into the content of any such complaint.  Further, Defendants shall not inquire whether the deponent was aware of any other individuals who provided information to the Department of Labor.

DATED:  8/12/09

_____

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

*Stipulation for Protective Order*

3